PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:24-po-00271-CDB |
|---|---|
| Plaintiff, | [Citation #7508912, CA3F] |
| v. | |
| ASHINIQUE S. STEWART, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | (Doc. 3) |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00271-CDB against ASHINIQUE S. STEWART [Citation #7508912, CA3F], without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 27, 2024           Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                       By:   /s/ *Chan Hee Chu*
                                                CHAN HEE CHU
                                                Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED on the motion by the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:24-po-00271-CDB [Citation #7508912, CA3F] against ASHINIQUE S. STEWART be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **August 27, 2024**                                  _____
                                                              UNITED STATES MAGISTRATE JUDGE